RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General
CHRISTIAN MEJIA
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-305-7548 (v)
202-307-0054 (f)
Of Counsel:
McGREGOR W. SCOTT
United States Attorney

*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| ROSA MARTHA TORRES, | ) | Case No. 1:19-cv-00195-DAD-SKO |
| | ) | |
| Plaintiff, | ) | **ORDER CONTINUING MANDATORY SCHEDULING CONFERENCE** |
| | ) | |
| v. | ) | |
| | ) | **(Doc. 4)** |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the "Joint Request to Continue Mandatory Scheduling Conference" filed by Plaintiff, Rosa Martha Torres, and Defendant, the United States of America (Doc. 4), and for good cause shown, it is hereby ORDERED that the Mandatory Scheduling Conference, currently set for May 2, 2019, **is CONTINUED to July 11, 2019, at 9:30 AM,** before Magistrate Judge Sheila K. Oberto.

The parties SHALL file and submit their joint scheduling conference report by no later than July 3, 2019.

IT IS SO ORDERED.

Dated: **April 25, 2019**     /s/ *Sheila K. Oberto*
                              UNITED STATES MAGISTRATE JUDGE