RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

CHRISTIAN MEJIA
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-305-7548 (v)
202-307-0054 (f)

Of Counsel:
McGREGOR W. SCOTT
United States Attorney

*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ROSA MARTHA TORRES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant.<br>_____ | Case No. 1:19-cv-00195-DAD-SKO<br><br>**ORDER CONTINUING MANDATORY SCHEDULING CONFERENCE AND EXTENDING UNITED STATES' RESPONSE DEADLINE TO COMPLAINT**<br><br>**(Doc. 6)** |

Pursuant to the "Joint Second Request to Continue Scheduling Conference and First Request to Extend Response Deadline to Complaint" filed by Plaintiff, Rosa Martha Torres, and Defendant, the United States of America (Doc. 6), and for good cause shown, it is hereby ORDERED that the Mandatory Scheduling Conference currently set for July 11, 2019, is **CONTINUED to September 24, 2019, at 10:15 AM**, before Magistrate Judge Sheila K.

Oberto. The parties shall file and submit their joint scheduling conference report by no later than September 17, 2019.

It is further **ORDERED that the United States shall respond to the complaint by August 26, 2019.**

IT IS SO ORDERED.

Dated: **June 2, 2019**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE