IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| ROSA MARTHA TORRES,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 1:19-cv-00195-DAD-SKO<br><br>**ORDER CONTINUING MANDATORY SCHEDULING CONFERENCE**<br><br>**(Doc. 12)** |

Pursuant to the "Joint Third Request to Continue Scheduling Conference" filed by Plaintiff, Rosa Martha Torres, and Defendant, the United States of America (Doc. 12), and for good cause shown, it is hereby ORDERED that the Mandatory Scheduling Conference currently set for September 24, 2019, is **CONTINUED to October 31, 2019, at 10:15 AM**, before Magistrate Judge Sheila K. Oberto. The parties shall file and submit their joint scheduling conference report by no later than October 24, 2019.

IT IS SO ORDERED.

Dated: **September 13, 2019**        /s/ *Sheila K. Oberto*
                                     UNITED STATES MAGISTRATE JUDGE