UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA MARTHA TORRES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | No. 1:19-cv-00195-DAD-SKO<br><br>**ORDER GRANTING MOTION TO MODIFY SCHEDULING ORDER**<br><br>**(Doc. 23)** |

      On April 21, 2020, the parties filed a "Joint Motion to Continue Pretrial Deadlines and Request to Vacate and Continue Status and Settlement Conferences Due to COVID-19 Global Pandemic." (Doc. 23.) The parties state that they have diligently litigated the case but the current coronavirus (COVID-19) pandemic has impeded their progress. (*Id.* at 2–3.) The parties request to extend all the remaining pretrial deadlines by approximately 90 days. (*Id.* at 2.)

      Based on the parties' representations, the Court finds good cause to extend the deadlines in the scheduling order as requested.[1] Accordingly, for good cause shown, the Court GRANTS the

---

[1] The Court will adjust certain dates proposed by the parties, and will continue the pretrial conference and trial dates accordingly, to conform to the Court's scheduling preferences and to give the Court sufficient time to rule on dispositive motions.

request and will modify the scheduling order and enlarge the deadlines as follows:[2]

| Event | Prior Date | Continued Date |
|---|---|---|
| Non-expert Discovery Deadline | April 30, 2020 | July 29, 2020 |
| Expert Disclosures Deadline | May 15, 2020 | August 13, 2020 |
| Rebuttal Expert Disclosures | May 29, 2020 | August 27, 2020 |
| Expert Discovery Deadline | June 30, 2020 | September 28, 2020 |
| Non-Dispositive Motion Filing | July 31, 2020 | October 29, 2020 |
| Non-Dispositive Motion Hearing | August 26, 2020 | November 25, 2020 |
| Dispositive Motion Filing | July 31, 2020 | October 29, 2020 |
| Dispositive Motion Hearing | September 15, 2020 | December 15, 2020 |
| Pre-settlement Conference | April 28, 2020 | August 18, 2020 at 3:30 p.m. |
| Settlement Conference | May 7, 2020 | August 25, 2020 at 10:30 a.m. |
| Pretrial Conference | November 23, 2020 | February 22, 2021 |
| Trial | January 20, 2021 | April 20, 2021 |

IT IS SO ORDERED.

Dated:   **April 23, 2020**                             /s/ *Sheila K. Oberto*
                                                                            UNITED STATES MAGISTRATE JUDGE

---

[2] The parties also request that the Court direct them to file a status report by no later than July 7, 2020, to advise the Court of the status of the case, presumably to determine whether the parties will need a further modification of the scheduling order.  (*See* Doc. 23 at 4.)  A status report is not necessary.  If the parties believe they will require a further modification of the scheduling order due to the coronavirus (COVID-19) pandemic or for any other reason, they may file a stipulation or motion requesting to modify the scheduling order.