UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA MARTHA TORRES,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　　Defendant. | No. 1:19-cv-00195-DAD-SKO<br><br>**ORDER GRANTING SECOND JOINT MOTION TO MODIFY SCHEDULING ORDER**<br><br>**(Doc. 26)** |

On July 24, 2020, the parties filed their "Second Joint Motion to Continue Pretrial Deadlines and Hearing Dates." (Doc. 26.) The parties state that they have diligently litigated the case but the current coronavirus (COVID-19) pandemic has impeded their progress. (*Id.* at 2–3.) The parties request to extend all the remaining pretrial deadlines and to continue hearing and trial dates by approximately 90 days. (*Id.* at 2.)

Based on the parties' representations, the Court finds good cause to extend the deadlines in the scheduling order as requested.[1] Accordingly, for good cause shown, the Court GRANTS the

---

[1] The Court will adjust certain dates proposed by the parties and will continue the pretrial conference and trial dates accordingly, to conform to the Court's scheduling preferences and to give the Court sufficient time to rule on dispositive motions.

request and will modify the scheduling order and enlarge the deadlines as follows:

| Event | Prior Date | Continued Date |
|---|---|---|
| Non-expert Discovery Deadline | July 29, 2020 | October 27, 2020 |
| Expert Disclosures Deadline | August 13, 2020 | November 11, 2020 |
| Rebuttal Expert Disclosures | August 27, 2020 | November 25, 2020 |
| Expert Discovery Deadline | September 28, 2020 | December 27, 2020 |
| Non-Dispositive Motion Filing | October 29, 2020 | January 27, 2021 |
| Non-Dispositive Motion Hearing | November 25, 2020 | February 24, 2021 |
| Dispositive Motion Filing | October 29, 2020 | January 27, 2021 |
| Dispositive Motion Hearing | December 15, 2020 | March 16, 2021 |
| Pre-settlement Conference | August 18, 2020 at 3:30 p.m. | December 3, 2020 at 3:30 p.m. |
| Settlement Conference | August 25, 2020 at 10:30 a.m. | December 10, 2020 at 10:30 a.m. |
| Pretrial Conference | February 22, 2021 | May 24, 2021 |
| Trial | April 20, 2021 | July 20, 2021 |

IT IS SO ORDERED.

Dated: **July 27, 2020**              /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE