UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA MARTHA TORRES,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant.<br><br>UNITED STATES OF AMERICA,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>AURELIO D. ORTIZ,<br><br>Additional Defendant on Counterclaim. | Case No. 1:19-cv-00195-DAD-SKO<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 32) |

On February 11, 2021, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 32.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **February 12, 2021**                    /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE